**WILLIAM N. GEE, III, LTD.**
A Professional Law Corporation

United States Courts
Southern District of Texas
ENTERED

APR 0 4 2005

March 30, 2005

Michael N. Milby, Clerk of Court

*Via Facsimile*

**WILLIAM N. GEE, III**
Attorney at Law

Lafayette · Houston · New Orleans

Correspondence to:

P. O. Drawer 52048

Lafayette, LA 70505-2048

Phone (337) 289-0808

Fax (337) 289-0809

2014 W. Pinhook Rd.

Lafayette, LA 70508

Houston:

Phone (713) 621-3600

Fax (713) 621-3608

Ms. Cathy McBroom
Case Manager, US District Court
Post Office Drawer 2300
Galveston, TX 77553-2300

Re: *Marcus Roy v. Fugro Chance, Inc., et al*
      *USDC - Southern District of Texas, Galveston Division*
      *C. A. No. G-04-181*

Dear Cathy:

This whole case settled at mediation. Can you please take it off April 5, 2005 docket call; and also remove from April 25, 2005 trial calendar?

Yours very truly,

William N. Gee, III

WNG,III/ls
c: Danny L. Van Winkle